# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURENDRA GOEL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SANAS AI INC., GOOGLE LLC, AND ZOOM VIDEO COMMUNICATIONS, INC.<br><br><br>　　　　　　Defendant. | Case No. 5:23-cv-05806-PCP<br><br><br>PATENT CASE<br><br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Surendra Goel, hereby stipulates to the dismissal of the action against Google LLC and Sanas AI Inc., WITHOUT PREJUDICE. All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITHOUT PREJUDICE. All claims, defenses, or counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE.

DATED: February 7, 2024            **MURTHY PATENT LAW INC.**

　　　　　　　　　　　　　　　　　　By:  /s/ Karthik K. Murthy
　　　　　　　　　　　　　　　　　　　　Karthik K. Murthy
　　　　　　　　　　　　　　　　　　　　K@MurthyPatentLaw.com
　　　　　　　　　　　　　　　　　　　　3984 Washington Blvd.
　　　　　　　　　　　　　　　　　　　　Suite 324
　　　　　　　　　　　　　　　　　　　　Fremont, CA 94538
　　　　　　　　　　　　　　　　　　　　Telephone: (425) 968-5342
　　　　　　　　　　　　　　　　　　　　Facsimile: (425) 215-0247

*Attorneys for Plaintiff*
Surendra Goel