IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURENDRA GOEL,<br><br>    Plaintiff,<br><br> v.<br><br>SANAS AI INC., GOOGLE LLC, AND ZOOM VIDEO COMMUNICATIONS, INC.<br><br><br>    Defendant. | Case No. 5:23-cv-05806-PCP<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL

   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Surendra Goel, hereby files a notice of voluntary dismissal of the action against Google LLC and Sanas AI Inc., WITHOUT PREJUDICE. All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITHOUT PREJUDICE. All claims, defenses, or counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE.

DATED: February 8, 2024       **MURTHY PATENT LAW INC.**

                   By: /s/ Karthik K. Murthy
                      Karthik K. Murthy
                      K@MurthyPatentLaw.com
                      3984 Washington Blvd.
                      Suite 324
                      Fremont, CA 94538
                      Telephone: (425) 968-5342
                      Facsimile: (425) 215-0247

*Attorneys for Plaintiff*
Surendra Goel