UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE, LLC,<br><br>         Plaintiffs,<br><br>v.<br><br>SURENDRA GOEL,<br><br>         Defendant. | Case Nos. 5:24-cv-02160 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable P. Casey Pitts for consideration of whether the case is related to 5:23-cv-05806 PCP, *Surendra Goel v. Sanas AI, Inc., and others.*

**IT IS SO ORDERED.**

Dated: April 16, 2024

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 24-cv-02160 NC
SUA SPONTE JUDICIAL REFERRAL