Eugene Y. Mar (State Bar No. 227071)
emar@fbm.com
Daniel C. Callaway (State Bar No. 262675)
dcallaway@fbm.com
Thomas J. Pardini (State Bar No. 313401)
tpardini@fbm.com
Victoria Constance Huang (State Bar No. 335557)
vhuang@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SURENDRA GOEL,<br><br>   Plaintiff,<br><br>   vs.<br><br>SANAS AI INC., a Delaware Corporation; GOOGLE LLC, a Delaware Corporation; and ZOOM VIDEO COMMUNICATIONS, INC., a Delaware Corporation,<br><br>   Defendants. | Case No. 5:23-cv-05806-PCP<br><br>**RESPONSE OF GOOGLE LLC IN SUPPORT OF *SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP (CIVIL L.R. 3-12 AND 7-11)** |
| GOOGLE LLC,<br><br>   Plaintiff,<br><br>   vs.<br><br>SURENDRA GOEL,<br><br>   Defendant. | Case No. 5:24-cv-02160-NC |

RESPONSE OF GOOGLE LLC ISO *SUA SPONTE* JUDICIAL REFERRAL (CIVIL L.R. 3-12 AND 7-11) - Case No. 5:23-cv-05806-PCP

## I. INTRODUCTION

Under Civil Local Rules 3-12 and 7-11, Google LLC ("Google") submits this response in support of the *sua sponte* judicial referral for the purpose of determining whether the case *Google LLC v. Surendra Goel*, Case No. 5:24-cv-02160-NC (the "Declaratory Judgment Action") should be related to the above-captioned action (the "Infringement Action"). Under Local Rule 3-12, an action is related to another when: (1) The actions concern substantially the same parties, property, transaction, or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges. As explained below, because the two cases concern the same patent owner, the same patent, the same alleged infringer, the same accused product, and substantially the same property, transaction, or event, the Declaratory Judgment Action should be related to the instant action.

## II. FACTUAL BACKGROUND

On November 9, 2023, Surendra Goel ("Goel") filed the Infringement Action in this District against Sanas AI Inc., Zoom Video Communications, Inc., and Google asserting infringement of U.S. Patent No. 11,134,217 (the '217 Patent"). Dkt. 1. Specifically, Goel asserted against Google that its Google Meet technology, either alone or in combination with Google Assistant (collectively, the "Accused Product"), infringes the '217 Patent. Dkt. 1. The Infringement Action was reassigned to the Honorable P. Casey Pitts on December 20, 2023. Dkt. 29. After filing several amended complaints (Dkts. 6, 31) against Google in the Infringement Action, but before Google filed an answer or response to any complaint, Goel voluntarily dismissed its claims against Google without prejudice on February 8, 2024. Dkt. 36.

On April 10, 2024, Google filed the Declaratory Judgment Action against Goel, seeking a judgment declaring that the Accused Product does not infringe any claim of the '217 Patent. *Google LLC v. Surendra Goel*, Case No. 5:24-cv-02160-NC.

## III. ARGUMENT

The Declaratory Judgment Action and the original Infringement Action concern the same patent-in-suit, two of the same parties, and the same alleged infringement by the same accused product. Goel is the plaintiff in the Infringement Action and the defendant in the Declaratory

Judgment Action. Google is a defendant in the Infringement Action and the plaintiff in the Declaratory Judgment Action. Both actions concern the '217 Patent, and more specifically, the alleged infringement of the '217 Patent by Google's Accused Product. Thus, the technology at issue is also the same. Because the property, transaction, or event at issue in these actions is identical and/or substantially the same, it is proper to relate these cases under Local Rule 3-12.

## IV. CONCLUSION

For the foregoing reasons, the Court should find that the Declaratory Judgment Action is related to the instant action, and order that the Declaratory Judgment Action be assigned to this Court.

Dated: April 22, 2024

FARELLA BRAUN + MARTEL LLP

By:    */s/ Eugene Y. Mar*
      Eugene Y. Mar

Attorneys for GOOGLE LLC