UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOEL,<br><br>            Plaintiff,<br><br>   v.<br><br>SANAS AI INC.,<br><br>            Defendant. | Case No. 23-cv-05806-PCP<br><br>**RELATED CASE ORDER**<br>Re: Dkt. No. 37 |

Pursuant to Civil L.R. 3-12, Magistrate Judge Cousins issued a sua sponte judicial referral for purpose of determining whether Google LLC v. Goel, 24-cv-02160-NC is related to this action. Dkt No. 37. Google LLC filed a statement of support. Dkt. No. 38. The Court has reviewed the referral and statement in support and has determined that these cases do not satisfy the requirements of Local Rule 3-12. Accordingly, no reassignment shall occur.

**IT IS SO ORDERED.**

Dated: May 2, 2024

_____
P. Casey Pitts
United States District Judge